McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant Anthony J. Principi,
Secretary of the U.S. Department of Veterans Affairs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND LEGARRETA, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> ANTHONY J. PRINCIPI, ) <br> Secretary of the U.S. ) <br> Department of Veterans ) <br> Affairs, ) <br>  ) <br> Defendant. ) <br> _____) | 1: 02 CV 6634 AWI DLB <br>  <br> (Consolidated with <br>  1: 03 CV 6091) <br>  <br> **STIPULATION RE CASE SCHEDULE and ORDER** |

　　　Plaintiff Raymond LeGarreta and Defendant Anthony J. Principi, Secretary of the U.S. Department of Veterans Affairs, hereby stipulate through the undersigned counsel to extending this action's expert schedule and settlement conference as set forth below.  The parties also respectfully request that the Court approve this stipulation by way of formal order.

　　　The parties explain the basis for their stipulation as follows:

　　　Pursuant to the Court's November 2, 2004 Scheduling Order: (1) experts are scheduled to be disclosed on August 2, 2005, (2)

supplemental experts are scheduled to be disclosed on August 26, 2005, (3) expert discovery closes on September 26, 2005 and (4) this action's settlement conference is scheduled to take place on September 29, 2005.

Pursuant to this action's April 27, 2005 order extending discovery deadlines, however, discovery is not scheduled to close until August 19, 2005.  As a result, experts are presently required to produce reports before the close of discovery, and therefore risk being obligated to publicize expert reports prior to being able to analyze all relevant discovery.  The parties wish to avoid this result, and agree to initially disclose experts on a date after the close of discovery.  The parties therefore stipulate to extending each of the above deadlines/scheduled dates, and base this stipulation on the above-described good cause.

Since the initial expert disclosure deadline needs to be extended to allow all experts sufficient time to complete their reports equipped with all relevant discovery, this action's supplemental expert disclosure date and expert discovery deadline likewise warrant extensions.  In addition, the settlement conference needs to be briefly extended so that all parties can approach settlement with the court equipped with all available discovery and expert opinions.  Accordingly, the parties hereby stipulate to the continuance of this action's expert deadlines and settlement conference as specified below.  The parties also request the Court to endorse this stipulation by way of formal order.

///

|  | Old Dates | **New Dates** |
|---|---|---|
| Expert Disclosure: | Aug. 2, 2005 | **Sep. 6, 2005** |
| Supplemental Expert Disclosure: | Aug. 26, 2005 | **Sep. 30, 2005** |
| Expert Discovery Cutoff: | Sep. 26, 2005 | **Oct. 31, 2005** |
| Settlement Conference: | Sep. 29, 2005<br>10:00 a.m.<br>Courtroom 5 (DLB) | **Nov. 2, 2005**<br>1:30 p.m.<br>Courtroom 5 (DLB) |

///

All other case dates shall remain as set in this Court's prior scheduling orders dated November 2, 2004 and April 27, 2005.

Dated: July 18, 2005.

                                              Respectfully submitted,

| | |
|---|---|
| Suzanne Kehde, Attorney at Law | McGREGOR W. SCOTT<br>United States Attorney |
| /s/ Suzanne Kehde (as auth. 7/15)<br>SUZANNE KEHDE<br>Attorney for Plaintiff<br>Raymond LeGaretta | /s/ Brian W. Enos<br>BRIAN W. ENOS<br>Attorneys for Defendant<br>United States of America |

    IT IS SO ORDERED.

**Dated:   July 25, 2005**          /s/ Dennis L. Beck
3b142a                    UNITED STATES MAGISTRATE JUDGE

3